UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 19, 2024
KELLY L. STEPHENS, Clerk

No. 24-5567

TARA VANHOOSER,

    Plaintiff-Appellant,

v.

GRUNDY COUNTY, TN,

    Defendant,

and

CLINT SHRUM, individually and in his official capacity as Sheriff of Grundy County, TN, et al.,

    Defendants-Appellees.

Before: GRIFFIN, LARSEN, and NALBANDIAN, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk